ANTHONY H. MASON
Chapter 7 Trustee
1850 N CENTRAL AVENUE SUITE 930
PHOENIX, ARIZONA 85004
(602) 808-7770

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | Chapter 7 |
|---|---|---|
| HASKETT, ERIC DANIEL | ) ) | Case No. 2:07-bk-05957-RJH |
| Debtor. | ) ) ) ) ) | APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |

ANTHONY H. MASON, Trustee, reports that the following check has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 10101 | 03/29/10 | Eric Haskett<br>540 S Sycamore<br>Mesa, AZ 85202 | $1,215.39 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $1,215.39 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 12th day of July 2010.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE